## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-135-GW | Date | August 7, 2023 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | F. Javier Villalobos - SPANISH |

| Javier Gonzalez | Terri A. Hourigan | Alexandra S. Kelly |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Martin Cruz-Acevedo | ✔ | ✔ | | Jelani J. Lindsey, DFPD | ✔ | ✔ | |

**Proceedings:** FINAL REVOCATION OF SUPERVISED RELEASE

U.S. Probation Officer Sonia Ponce is also present.

The Defendant, after having been advised of the thirteen-count allegations contained in the Petitions on Probation and Supervised Release filed July 20, 2023 and August 7, 2023, admitted to the truthfulness of allegations one, two, five, six, eight and nine.

Whereas, the Defendant has admitted that he violated the conditions of Supervised Release Orders imposed on March 19, 2021, the Court finds the Defendant in violation of his Supervised Release order.

IT IS THE JUDGMENT OF THE COURT, that Defendant's period of supervised released is continued until February 2, 2026, under the same terms and conditions as previously imposed, and with the added conditions: (1) Defendant as a special condition of supervision, shall reside for an additional period not to exceed 90 days in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.

The Government's request to dismiss remaining allegations three, four, seven, ten, eleven, twelve and thirteen is granted.

| | : | 22 |
|---|---|---|
| | Initials of Deputy Clerk | JG |

cc: